Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

GUTHRIE McCLINTIC, Appellant and Respondent, v. EDWARD SHELDON, Respondent and Appellant, et al., Defendants.

Argued November 27, 1945; decided January 17, 1946.

*Louis Nizer* and *Walter S. Beck* for plaintiff-appellant and respondent.

*Arthur F. Driscoll* and *Milton M. Rosenbloom* for defendant-respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.